1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 2:13-MJ-00258-DAD-11
                                    )
12         Plaintiff,                )
                                    ) STIPULATION AND ORDER
13    v.                             ) CONTINUING PRELIMINARY HEARING
                                    ) DATE
14 JAIME DOMINGUEZ,                  )
                                    )
15                                   ) Judge: Hon. Dale A. Drozd
           Defendant.                )
16                                   )
                                    )
17

18                           **STIPULATION**

19    The United States, by and through its undersigned counsel, and
20 the defendant, by and through his counsel of record, hereby stipulate
21 as follows:
22    1. On September 20, 2013, this matter was set for a Preliminary
23       Hearing on November 1, 2013.
24    2. By this Stipulation, the parties now move to continue the
25       Preliminary Hearing until December 6, 2013, at 2:00 p.m., before
26       Magistrate Judge Carolyn K. Delaney.
27    3. The United States has provided discovery to the defendant.  This
28       discovery consists of approximately three months of wire and

Stipulation to Continue             1              United States v. Dominguez

electronic interception audio recordings and transcripts. Defense counsel needs time to review the discovery in order to fairly advise the defendant.

4. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: October 23, 2013     /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: October 23, 2013     /s/ Dan F. Koukol
                            DAN F. KOUKOL
                            Attorney for Jaime Dominguez
                            (as authorized on October 22, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 23, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Dominguez0258.stipord.cont.PE.docx