BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00258-DAD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING PRELIMINARY HEARING |
| JAIME DOMINGUEZ, | ) DATE |
| | ) |
| Defendant. | ) Judge: Hon. Kendall J. Newman |
| | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order this matter was set for a Preliminary Hearing on February 7, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until March 14, 2014, at 2:00 p.m.
3. The United States has provided discovery to the defendant.  This discovery consists of approximately three months of wire and electronic interception audio recordings and transcripts.

1. Defense counsel needs time to review the discovery in order to fairly advise the defendant.
2. 4. The parties have discussed a potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.
3. 5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: February 4, 2014        /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: February 4, 2014        /s/ Dan F. Koukol
                               DAN F. KOUKOL
                               Attorney for Jaime Dominguez
                               (as authorized on February 4, 2014)

**ORDER**

   IT IS SO FOUND AND ORDERED, this 5th day of February, 2014.

Dated:  February 5, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE