```
1   BENJAMIN B. WAGNER
    United States Attorney
2   JUSTIN L. LEE
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:13-MJ-00258-DAD-11 |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| JAIME DOMINGUEZ, | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order this matter was set for a Preliminary Hearing on March 14, 2014.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until May 2, 2014, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney.

3. The United States has provided discovery to the defendant. This discovery consists of approximately three months of wire and

Stipulation to Continue        1        United States v. Dominguez

electronic interception audio recordings and transcripts. Defense counsel needs time to review the discovery in order to fairly advise the defendant.

4. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: March 10, 2014        /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: March 10, 2014        /s/ Dan F. Koukol
                             DAN F. KOUKOL
                             Attorney for Jaime Dominguez
                             (as authorized on March 7, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Dominguez0258.stipo.cont.PE-2